```
 1
 2
 3
 4                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF WASHINGTON
 5
 6  UNITED STATES OF AMERICA,      )
                                   )
 7              Plaintiff,         )    NO: CR-07-2056-FVS-2
                                   )
 8       vs.                       )
                                   )    ORDER DISMISSING
 9                                 )    INDICTMENT
    ELIZABETH LOWE,                )
10                                 )
                Defendant.         )
11                                 )
                                   )
12
13
         Before the Court is the government's motion to dismiss the
14
    Indictment (Ct. Rec. 428) .
15
         Having reviewed the record and finding that good cause
16
    exists,
17
18
         IT IS HEREBY ORDERED that the government's motion to dismiss
19
    with prejudice the Indictment as to the above-named Defendant is
20
    granted.
21
22
         DATED this   17th   day of October, 2008.
23
24
25
                              s/ Fred Van Sickle
                        _____
26                      FRED VAN SICKLE
27
    Order
28
                                    3
```

SENIOR UNITED STATES DISTRICT JUDGE